JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shonna Counter,<br><br>    Plaintiff,<br><br>    v.<br><br>Craig Realty Group Citadel, LLC et al.,<br><br>    Defendants. | CV 19-4486 PA (PLAx)<br><br>JUDGMENT |

Pursuant to the Court's April 7, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 07, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE